■ In the Matter of EDWARD B. SAFRAN, Admitted as EDWARD BERLE SAFRAN.—Respondent is reinstated as an attorney and counselor-at-law in the State of New York, effective December 1, 1987. Concur—Murphy, P. J., Kupferman, Ross, Milonas and Wallach, JJ.